**STATE of Missouri, Respondent,**

v.

**Beth Ann LOWERY, Appellant.**

WD 78022

Missouri Court of Appeals,
Western District.

Filed: March 29, 2016

Danielle R. Rogers, Richmond, MO, for respondent.

Donald W. Petty, Liberty, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

### ORDER

Per Curiam

Beth Lowery appeals from her convictions for three misdemeanor counts of animal abuse. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. No jurisprudential purpose would be served by a published opinion, however, we have provided the

parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b).